UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | |
|---|---|
| BARBARA HOLT )<br>)<br>       Plaintiff )<br>)<br>v. )<br>)<br>NATIONAL RAILROAD PASSENGER )<br>CORP. dba AMTRAK and JANE DOE I )<br>)<br>       Defendants ) | Case No. 4:20-CV-00042-WTM-CLR |

# RULE 26(f) REPORT

1. Date of Rule 26(f) conference: April 2, 2020
2. Parties or counsel who participated in conference:
   William Degenhart, Attorney for Plaintiff
   Walker S. Stewart, Attorney for Defendant Amtrak

3. If any defendant has yet to be served, please identify the defendant and state when service is expected.
   N/A

4. Date the Rule 26(a)(1) disclosures were made or will be made:
   April 16, 2020

5. If any party objects to making the initial disclosures required by Rule 26(a)(1) or proposes changes to the timing or form of those disclosures,
   (a) Identify the party or parties making the objection or proposal:
   
   N/A
   
   (b) Specify the objection or proposal:
   N/A

6. The Local Rules provide a 140-day period for discovery. If any party is requesting additional time for discovery,

   (a) Identify the party or parties requesting additional time:

   Plaintiff and Defendant request a 180 day period for discovery.

   (b) State the number of months the parties are requesting for discovery:

       6     months

   (c) Identify the reason(s) for requesting additional time for discovery:

   \_\_\_\_ Unusually large number of parties

   \_\_\_\_ Unusually large number of claims or defenses

   \_\_\_\_ Unusually large number of witnesses

   \_\_\_\_ Exceptionally complex factual issues

   \_\_\_\_ Need for discovery outside the United States

   \_\_x\_\_ Other: Impact of the Covid-19 virus and need to obtain evidence from third parties.

   (d) Please provide a brief statement in support of each of the reasons identified above:

   The parties request additional time to allow Defendant to obtain Plaintiff's medical records from her providers before she is deposed. Additional time is also requested because it is uncertain at this time to what extent the Covid-19 virus will impact the

parties' ability to pursue and obtain discovery.  Because of her age and underlying health conditions, Plaintiff falls within the high risk category.

7. If any party is requesting that discovery be limited to particular issues or conducted in phases, please

   (a) Identify the party or parties requesting such limits:

   At this time, the parties do not request that discovery be limited.

   (b) State the nature of any proposed limits:

   Not applicable at this time.

8. The Local Rules provide, and the Court generally imposes, the following deadlines:

   | | |
   |---|---|
   | Last day for filing motions to add or join parties or amend pleadings | 60 days after issue is joined |
   | Last day to furnish expert witness report by plaintiff | 60 days after Rule 26(f) conference |
   | Last day to furnish expert witness report by a defendant | 90 days after Rule 26(f) conference (or 60 days after the answer, whichever is later) |

    Last day to file motions                                      30 days after close of discovery

If any party requests a modification of any of these deadlines,

(a)    Identify the party or parties requesting the modification:

       Neither party is requesting a modification of the deadlines to add or join parties or to file motions.  The parties request that the deadlines for expert witness reports and disclosures be set at the end of the discovery period.

(b)    State which deadline should be modified and the reason supporting the request:

       Plaintiff's expert disclosures due:  120 days after Rule 26(f) conference.

       Defendant's expert disclosures due:  150 days after Rule 26(f) conference.

       The parties submit this modification will allow them to determine the disputes in the case and the issues for which expert testimony is required before the deadlines for expert disclosures.

9.    If the case involves electronic discovery,

(a)    State whether the parties have reached an agreement regarding the preservation, disclosure, or discovery of electronically stored information, and if the parties prefer to have their agreement memoralized in the scheduling order, briefly describe the terms of their agreement:

       The parties do not anticipate disagreement.

(b)    Identify any issues regarding electronically stored information as to which the parties have been unable to reach an agreement:

       Not applicable.

10. If the case is known to involve claims of privilege or protection of trial preparation material,

    (a) State whether the parties have reached an agreement regarding the procedures for asserting claims of privilege or protection after production of either electronic or other discovery material:
    The parties agree to produce a privilege log for communications requested in discovery and withheld as privileged under the attorney-client privilege and/or work product doctrine ~~(provided communications between trial counsel and their clients which occurred after suit was filed need not be listed on such log)~~.

    (b) Briefly describe the terms of any agreement the parties wish to have memorialized in the scheduling order (or attach any separate proposed order which the parties are requesting the Court to enter addressing such matters):

    (c) Identify any issues regarding claims of privilege or protection as to which the parties have been unable to reach an agreement:

    None.

11. State any other matters the Court should include in its scheduling order:
    The parties have agreed to serve papers by email including by secure file transfer if necessary. Nothing shall preclude a party from serving a document by U.S. Mail.

12. The parties certify by their signatures below that they have discussed the nature and basis of their claims and defenses and

the possibilities for prompt settlement or resolution of the case. Please state any specific problems that have created a hindrance to the settlement of the case:

Not applicable.

This  15th  day of  April, 2020 , X̶X̶X̶X̶

                Signed:   /s/ William Degenhart
                                            *Attorney for Plaintiff*

                        /s/ Walker S. Stewart
                                            *Attorney for Defendant*