IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| BARBARA HOLT, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| THE NATIONAL PASSENGER RAILROAD CORPORATION d/b/a AMTRAK, and JANE DOE I, | ) ) ) ) ) |
| Defendants. | ) ) |

CASE NO. CV420-042

### ORDER

Before the Court is the parties' Joint Stipulation of Dismissal With Prejudice. (Doc. 13.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." Accordingly, the parties' request (Doc. 13) is **GRANTED** and this action is **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs and attorneys' fees. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 1ST day of December 2020.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA